BRIAN A. PAINO (AZ BN 027091)
KYLE J. SHELTON (AZ BN 027379)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
kshelton@piteduncan.com

Attorneys for CITIMORTGAGE, INC

**THIS ORDER IS APPROVED.**

**Dated: October 25, 2010**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| In re<br><br>MIGUEL A. MEDINA AND LYDIA G. MEDINA,<br><br>Debtors. | Case No. 4:08-bk-01527-JMM<br><br>Chapter 13<br><br>**ORDER FOR RELIEF** |
| CITIMORTGAGE, INC,<br><br>Movant,<br><br>v.<br><br>MIGUEL A. MEDINA AND LYDIA G. MEDINA, Debtors; and DIANNE C. KERNS, Chapter 13 Trustee,<br><br>Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 7441 S. Nevil Drive, Tucson, Arizona 85746 ("Real Property"), which is legally described as:

- 1 -

LOT 520, OF MISSION WEST II, PHASE I REPLAT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 56 OF MAPS, PAGE 13.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived as the Debtors intend to surrender the Real Property;

3. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. If the Trustee is making payments to Movant, the Trustee shall cease making such payments at the next regular disbursement following service of this Order;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

9. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

###